In the Matter of FRANCIS J. FLYNN, JR., an attorney-at-law.

January 13, 1971. It is Ordered that Francis J. Flynn, Jr., of Elizabeth, is suspended from the practice of law until further order of the Court.

In the Matter of ROSS E. BROWN, an attorney-at-law.

January 25, 1971. It is Ordered that Ross E. Brown of Spring Lake is suspended for a period of one year from April 28, 1970 and until further order of the Court and that he be enjoined from the practice of law during such suspension. (Opinion reported at 57 *N. J.* 322.)

In the Matter of JAMES DEL MAURO, an attorney-at-law.

January 25, 1971. It is Ordered that James Del Mauro of Newark is suspended for a period of one year and until further order of the Court, and that he be enjoined from the practice of law during such suspension. (Opinion reported at 57 *N. J.* 317.)

In the Matter of F. LEE BAILEY, an attorney-at-law of the Commonwealth of Massachusetts.

February 8, 1971. It is Ordered that the privilege of F. Lee Bailey, an attorney at law of the Commonwealth of Massachusetts, to apply for admission pro hac vice in any cause in any of the courts of this State shall be suspended for a period of one year from the date hereof and until further order of the Court. (Opinion reported at 57 *N. J.* 451.)